IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. 2:08-CV-0021J |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| HEATHER HAMILTON, ) | |
| Owner/President, First Choice Strategies ) | |
| Inc., ) | |
| ) | |
| Respondent. ) | |

\* \* \* \* \* \* \* \* \*

The Court has considered the Report and Recommendation of Magistrate Judge Paul M. Warner, filed March 4, 2008. No objections thereto have been filed.

The Court adopts the Report and Recommendation.

Based thereon, it is hereby ordered that the Respondent is to provide the information required by the Summons to the IRS no later than 30 days from the date of this Order.

**SO ORDERED.**

DATED this 25 day of March, 2008.

BY THE COURT:

_____
Bruce S. Jenkins
United States Senior District Judge